**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael Leonard PAYNE, a.k.a. Michael Leonard Payne, Jr., a.k.a. Michael A. Payne, a.k.a. Michael L. Payne, a.k.a. Michael Lenard Payne, a.k.a. Michale L. Payne, Jr., Defendant–Appellant.**

**No. 06–12343
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 10, 2006.

Michael William Nielsen, Dowdy & Nielsen, P.A., Winter Spring, FL, for Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Appellee.

Before CARNES, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Michael Leonard Payne appeals his 180–month sentence imposed after he pled guilty to (1) possession of ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1); and (2) possession with intent to distribute and distribution of five grams or more of crack cocaine, in violation of 21 U.S.C. § 841(a)(1). On appeal, Payne argues that the district court erred by not sentencing him below the mandatory minimum sentence of 15 years' imprisonment on his conviction for possession of ammunition.[1] We disagree. The district court

---

1. It is undisputed that Payne was subject to a mandatory minimum sentence of 15 years' imprisonment, pursuant to 18 U.S.C. § 924(e)(1), because he had at least three previous convictions for a violent felony or a serious drug offense.

correctly determined that it did not have discretion to sentence Payne below the mandatory minimum sentence of 15 years' imprisonment. *See United States v. Brehm,* 442 F.3d 1291, 1300 (11th Cir. 2006), *petition for cert. filed,* (U.S. Sept. 12, 2006) (No. 06–6496); *see also United States v. Shelton,* 400 F.3d 1325, 1333 n. 10 (11th Cir.2005) ("We emphasize that the district court was, and still is, bound by the statutory minimums."). Accordingly, we affirm.

**AFFIRMED.**